# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**   Case No:  3:13-cr-135

vs   Judge Timothy S. Black

**DWAYNE GLENN,**

Defendant.

---
**ORDER**
---

The Court hereby sets the following pretrial deadlines in this case:

| | |
|---|---|
| Motions in limine or other motions: | **10/25/2013** |
| Responses to motions in limine or other motions: | **11/1/2013** |
| Jury Instructions: | **11/5/2013** |
| Exhibits/Witness Lists[1]: | **11/5/2013** |

In addition to filing proposed jury instructions with the Clerk, the parties shall email a copy in Word format to Black_Chambers@ohsd.uscourts on or before the close of business 11/5/2013.

**IT IS SO ORDERED.**

__s/ Timothy S. Black_____
Timothy S. Black
United States District Judge

---

[1] Trial Exhibits (presented in three ring binders): An original and 2 copies shall be provided to Chambers, Room 902, no later than 4:30 p.m. on 11/5/2013.